Jeremiah ROYSTER, Plaintiff–
Appellant,

v.

Keith WHITENER, Superintendent,
Alexander Correctional Institution,
Defendant–Appellee.

No. 09–6698.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 29, 2009.

Decided: Oct. 6, 2009.

Jeremiah Royster, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and
MOTZ, Circuit Judges.

PER CURIAM:

Jeremiah Royster seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2254 (2006) petition. The or-
der is not appealable unless a circuit jus-
tice or judge issues a certificate of appeal-
ability. *See* 28 U.S.C. § 2253(c)(1) (2006).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2006). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find that any assess-
ment of the constitutional claims by the
district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*See Miller–El v. Cockrell,* 537 U.S. 322,
336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *Rose v. Lee,* 252 F.3d 676, 683–84
(4th Cir.2001). We have independently re-
viewed the record and conclude that Roy-
ster has not made the requisite showing.
Accordingly, we deny Royster's motion for
a certificate of appealability and dismiss
the appeal. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*DISMISSED.*